**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-23823-CIV-ALTONAGA/Damian**

**HOWARD COHAN**,

    Plaintiff,

v.

**R.T.G. FURNITURE CORP.**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court upon Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint [ECF No. 6]. In the Motion, Defendant indicates the parties have reached an agreement in this matter. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of November, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record